

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-23-00202-CV

---

TRB LEWISVILLE TOWN SQUARE, LLC AND JASON BOSO, Appellants

V.

HRE LEWISVILLE, LLC, Appellee

---

On Appeal from the 442nd District Court
Denton County, Texas
Trial Court No. 20-8981-442

---

Before Womack, Kerr, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the "Agreed Motion to Dismiss Appeal" filed jointly by the parties. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: February 22, 2024